# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Beverly Manning,

       Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                         3:02cv505

Commissioner of Social Security,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion for Summary Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/29/2007 Order.

                                          FRANK G. JOHNS, CLERK

March 30, 2007

                                          BY: Jeanie Koechley, Deputy Clerk