# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **BEVERLY MANNING,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | CIVIL NO. 3:02CV505-W |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# O R D E R

**THIS MATTER** is before the Court on Plaintiff's "Motion For Award of Attorney Fees Pursuant to the Equal Access to Justice Act" filed on May 30, 2007 (document #26). By Response filed on the 11th day of June, 2007, Defendant advises that the parties have reached agreement on this matter and he will not oppose an award of legal fees in the amount of $4,962.59 for attorney fees, provided this is the only petition filed by Plaintiff in this case under 28 U.S.C. §2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's "Motion For Award of Attorney Fees Pursuant to the Equal Access to Justice Act" (document #26) is **GRANTED**, to the extent that counsel for Plaintiff shall be paid the sum of $4,962.59 for attorney fees.

2. No additional petition pursuant to 28 U.S.C. §2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

Signed: June 12, 2007

_____
David C. Keesler
United States Magistrate Judge